IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02023-MSK

MICHAEL D. MOEHRING,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
                El Paso County District Court
                P.O. Box 2980
                Colorado Springs, Colorado 80901-2980;

    (2)    Assistant Solicitor General

   Appellate Division
   Office of the Attorney General
   1525 Sherman Street
   Denver, Colorado  80203; and

(3) Court Services Manager
   State Court Administrator's Office
   101 W. Colfax, Ste. 500
   Denver, Colorado  80202.

DATED this 6th day of April, 2011.

             **BY THE COURT:**

             */s/ Marcia S. Krieger*

             Marcia S. Krieger
             United States District Judge