IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02023-MSK

MICHAEL D. MOEHRING,

      Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

## SECOND ORDER TO PROVIDE STATE COURT RECORD

On April 6, 2011, the Court entered an order instructing the Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete records of Mr. Moehring's state court proceedings in Case No. 05CR2709, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. The Respondents were directed to submit the records within thirty days of the April 6 Order. Copies of the April 6 Order were sent to the Clerk of the Court for the El Paso County District Court, the Assistant Solicitor General, and the Court Services Manager.

As of the date of this Order, the Court has not received the records. The Respondents will be ordered again to provide the state court records in Mr. Moehring's criminal case. Accordingly, it is

**ORDERED** that **within twenty-one (21) days of the date of this Order** Respondents

provide the state court records for Colorado Criminal Case No. 05CR2709, as described above, and as required under Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
             El Paso County District Court
             P.O. Box 2980
             Colorado Springs, Colorado 80901-2980;

    (2)    Assistant Solicitor General
             Appellate Division
             Office of the Attorney General
             1525 Sherman Street
             Denver, Colorado  80203; and

    (3)    Court Services Manager
             State Court Administrator's Office
             101 W. Colfax, Ste. 500
             Denver, Colorado  80202.

DATED this 15th day of June, 2011.

                            **BY THE COURT:**

                            *Marcia S. Krieger* (signature)

                            Marcia S. Krieger
                            United States District Judge